UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

**PAMELA RODGERS**

Debtor,

--------------------------------------------------------X

HEARING DATE: April 27, 2011
HEARING TIME: 11:00 am.

Chapter 11
Case No: 11-4275-cec
11-42754-cec

**MOTION TO EXTEND THE
AUTOMATIC STAY**

**TO: THE HONORABLE CARLA E. CRAIG
    UNITED STATES BANRUPTCY JUDGE:**

**I, PAMELA RODGERS** the debtor ("the Debtor"), and for my application for the entry of an

order pursuant to section 362(c)(4)(A)(i)(B) of Title 11 of the United States Code

(the "Bankruptcy Code"), is seeking to have the bankruptcy stay continued as to all creditors,

respectfully represents:

2011 APR 22 A 10:3[?]  RECEIVED  CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF [?]

### GENERAL BACKGROUND

1. I filed a Chapter 11 bankruptcy petition on April 1, 2011.

2. This is my fifth bankruptcy case. The first case was filed pro se on June 3, 2009
   and dismissed on July 23, 2009 (see Exhibit "1" docket sheet).

3. I have filed this case in good faith. My first bankruptcy petition was filed pro se on
   June 3, 2009. The Court filed a notice of Deficient Filing of Chapter 13 on June 3, 2009 and
   the clerk's office was directed to dismiss this case pursuant to 11 U. S. C. 521(i) on July 20,
   2009. I was unaware of the stringent filing deadline in the instant matter, and was prepared to
   file all the deficient paper work during the 341 meeting, however, I found out at the meeting
   of creditors that the matter was dismissed by the clerk. After the dismissal I retained counsel
   so that I could receive legal assistance with the correct filing of a Chapter 13 petition .

4.  After retaining an attorney to re-file for Chapter 13, the attorney I hired was inexperienced

    with bankruptcy, ( he was a real estate attorney) and he failed to submit the correct

    documents and the case was dismissed on October 2, 2009. (see Exhibit 2).

5.  On March 29, 2011 I went for my confirmation hearing where I was informed that I exceeded

    the amount of debt allowed by the bankruptcy court. I was also informed that I could file a

    Chapter 11 to save my house.

6.  On March 31, 2004 I purchased 33 Vanderbilt Ave. Brooklyn, NY 11205 from the

    foreclosure auction for the purchase price of $650,000.00. I was given 30 days to close on the

    property by the referee. I put a down payment of $250,000.00 cash on the property. I

    applied and was approved for a $400,000.00 mortgage with Magic Land Mortgage Broker.

    A few days before the scheduled closing the broker said he needed more time to secure

    the $400,000.00 mortgage, and if I missed the closing I would risk losing my down payment.

    The broker then informed us that he had a hard money lender who was willing to loan us the

    $400,000.00 with a 12% interest rate.  He also claimed that after a few months he could get

    us a convention mortgage with a better interest rate. With our $250,000.00 down payment

    in jeopardy we felt pressured to accept, we ended up with monthly mortgage  payments of

    $4,000.00.  We later found out that the mortgage payments were interest payments only, and

    that no money had gone toward the principal of the loan. (see Exhibit 3, Referee's Deed

    in Foreclosure).

7.  After the closing we were given possession of the property.  We saw that it needed an

extensive amount of work . Mr. Emeido Tenteromano offered an extension on the three

month mortgage ( we initially chose to accept the mortgage for only three months so we

could refinance and get a lower interest rate loan). He said we could continue to keep paying

the mortgage until we could refinance. We continued to pay Mr.Tenteromano consistently for

two years (without any missed or late payments).

8. After 2 years his son, Frank Tenteromano replaced his mother Concetta Tenteromano on the

mortgage lien (without informing us) and he wanted to increase the payment from

$4,000.00 to $5,300.00 and increase the interest rate from 1 2% to 16%. Thereafter, every

time we sent a $4,000.00 payment he would reject it and return it. Although the initial

mortgage was suppose to mature in three months Mr. Emeido Teneteromano continued to

accept the $4,000.00 payments for another twenty-one months. (see Exhibit 4, copy of the

checks).

9. On April 27, 2006 I received a commitment for Wall Street Mortgage Bankers, LTD.

for the amount of $600,000.00 for the term of thirty years, with a 6% interest rate.

I spoke to Mr. Tenteromano and requested a pay-off figure to close and he give me a pay-

off figure that included an additional $45,000.00. I had already paid him $96,000.00 which

only included interest. I requested a written pay-off figure to be submitted to Wall Street

Mortgage Brokers, he refused to send a pay-off figure in writing , which resulted in having to

re schedule the refinance closing three times. As a result our commitment expired.

(see exhibit 5, Wall Street Mortgage Bankers commitment).

10. Mr. Tenteromano filed an Order to Show Cause seeking authorization and empowering the

Plaintiffs to enter upon and take possession of the mortgaged premises, 33 Vanderbilt

Avenue where he claimed the property was abandoned. After hearing the testimony of

the Plaintiff, my husband and I. The court adjourned the case to March 5, 2007 to inspect the premises. On the morning of March 5, the judge (Hon. Maxine Archer) was aware of my scheduled refinance closing, and when she came to inspect the premises, she asked about the closing and we informed her that the closing could not take place. She then called the Plaintiff's attorney and asked them why they didn't send a pay-off figure, and the Plaintiff's replied they could not get in touch with their client. The Hon. Maxine Archer mentioned in her decision, "The court was advised that on the morning of the inspection date that the defendant had scheduled a refinance closing and was prepared to pay off the Plaintiff's mortgage, however the Plaintiff filed to present a pay off letter and the closing could not take place." (see Exhibit 6, page 3).

11. On April 22, 2009 I sent a written proposal to Mr. Rice, the plaintiff's attorney that we were willing to send a check for a hundred and fifty thousand dollars as an initial payment and ask that the plaintiff reinstate the mortgage for six months during which time I would make payments of $4,000.00 a month for six months. After refinancing the mortgage, the balance of the mortgage would be paid in full. On May 12, 2009 I receive a reply for Mr. Rice, stating please be advised my clients reject the offer in your letter dated April 22, 2009. (see Exhibit 7).

12. After the confirmation hearing on March 29, 2011 we spoke to the Plaintiff's attorney Mr. Krinsky who suggested that we give his client $200,000.00 and his client would give us a mortgage modification. We agreed and told him we would come to his office the next day with a cashier's check for the $200,000.00. Then Mr. Krinsky retracted his offer.

**GOOD FAITH**

13. I have filed in the instant matter, in good faith, in a genuine effort to begin a reasonable
payment plan for my debts, and have not filed in bad faith, or for any purpose forbidden
by law. As my affidavit indicates I did not intentionally fail to cooperate in my first or
last bankruptcy case. I have taken budget and credit counseling in the instant matter
during the 180 day period preceding the date of filing, and have filed all the requested
schedules in my current petition.

14. I am seeking to impose the stay to save my home as well as not to be harassed by my creditor
through my bankruptcy case, and to begin the reasonable repayment of my debt to my
creditor.

**RELIEF SOUGHT**

15. By this application, I seek pursuant to section 362(c)(4)(A)(i)(B) of the Bankruptcy Code
to have the stay continued as to all my creditors indefinitely.

16. As set forth above and in the my affidavit, I have clearly demonstrated that I am proceeding
in good faith in my Chapter 11 case.

**WHEREFORE,** I, the Debtor respectfully requests that this Court enter the annexed order

and grant such other and further relief as the deems just and proper.

Dated: April 17, 2011
      Brooklyn, New York

By: _Pamela Rodgers_
      Pamela Rodgers
      33 Vanderbilt Ave.
      Brooklyn, NY 11205

## U.S. Bankruptcy Court
### Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-09-44663-cec

|  |  |
|---|---|
| *Date filed:* | 06/03/2009 |
| *Date terminated:* | 08/14/2009 |
| *Debtor dismissed:* | 07/20/2009 |

*Assigned to:* Carla E. Craig
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Pamela Rodgers**
33 Vanderbilt Avenue
Brooklyn, NY 11205
SSN / ITIN: xxx-xx-3518

represented by **Pamela Rodgers**
PRO SE

**Trustee**
**Michael J. Macco**
135 Pinelawn Road
Suite 120 South
Melville, NY 11747
(631) 549-7900

**U.S. Trustee**
**United States Trustee**
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
(718) 422-4960

| Filing Date | # | Docket Text |
|---|---|---|
| 06/03/2009 | ●1 | Chapter 13 Voluntary Petition. Fee Amount $ 274 Filed by Pamela A Rodgers Government Proof of Claim due by 11/30/2009. (agh) Additional attachment(s) added on 6/3/2009 (agh). (Entered: 06/03/2009) |
| 06/03/2009 | ● | Meeting of Creditors Chapter 13 & Appointment of Chapter 13 Trustee Michael J. Macco with 341(a) Meeting to be held on 07/14/2009 at 10:00 AM at Room 2579, 271 Cadman Plaza East, Brooklyn, NY . Proof of Claims due by 10/13/2009 . (Entered: 06/03/2009) |
| 06/03/2009 | ● | Receipt Number 293301; Fee Amount $ 274.00 (RE: related document(s) 1 Voluntary Petition (Chapter 13) filed by Debtor Pamela A Rodgers) (agh) (Entered: 06/03/2009) |
| 06/03/2009 | ●2 | Exhibit D Re: Credit Counseling Requirement filed for Debtor Request for 30 day extension to file Certificate of Credit Counseling; Filed by Pamela A Rodgers (agh) (Entered: 06/03/2009) |
| | | Deficient Filing Chapter 13 : Certificate of Credit Counseling due by 6/3/2009. Section 521 Incomplete Filings due by 7/20/2009. Summary of Schedules due 6/18/2009. Statistical Summary of Certain Liabilities due by 6/18/2009. Schedules A - J due 6/18/2009. Declaration Concerning Debtors schedules due 6/18/2009. Statement of Financial Affairs due 6/18/2009. Chapter 13 Plan due by 6/18/2009. Statement of Current Monthly Income and Means Test (Chapter 13) due by 6/18/2009. Copies of pay statements received from any employer due by 6/18/2009. Incomplete Filings due by 6/18/2009. (agh) (Entered: |

| 06/03/2009 | ⦿3 | 06/03/2009) |
|---|---|---|
| 06/03/2009 | ⦿4 | Request for Notice - Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 8/18/2009 at 11:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. Last day to Object to Confirmation 8/18/2009.Objections to 523 due by 9/14/2009. (agh) (Entered: 06/03/2009) |
| 06/05/2009 | ⦿5 | BNC Certificate of Mailing - Meeting of Creditors Service Date 06/05/2009. (Admin.) (Entered: 06/06/2009) |
| 06/05/2009 | ⦿6 | BNC Certificate of Mailing with Notice of Electronic Filing Service Date 06/05/2009. (Admin.) (Entered: 06/06/2009) |
| 06/05/2009 | ⦿7 | BNC Certificate of Mailing with Notice of Deficient Filing Service Date 06/05/2009. (Admin.) (Entered: 06/06/2009) |
| 06/25/2009 | ⦿8 | Order Approving temporary exemption from the Credit Counseling Requirement, which exemption shall expire on July 3, 2009. If the debtor(s) fails to comply with the Credit Counseling Requirement, or fails to file a motion pursuant to 11 U.S.C. § 109(h)(3)(B) requesting a further 15-day exemption, on or before July 3, 2009, this bankruptcy case may be dismissed without further notice or hearing (RE: related document(s) 2 Exhibit D Re: Credit Counseling Requirement filed by Debtor Pamela A Rodgers). Signed on 6/25/2009 (aac) (Entered: 06/25/2009) |
| 07/01/2009 | ⦿9 | Certificate of Credit Counseling for Debtor Filed by Pamela A Rodgers (RE: related document(s) 3 Deficient Filing Chapter 13) (mem) (Entered: 07/01/2009) |
| 07/14/2009 | ⦿ | Notice of Continuance of Meeting of Creditors on 8/4/2009 at 09:15 AM at Room 2579, 271 Cadman Plaza East, Brooklyn, NY (Macco, Michael) (Entered: 07/14/2009) |
| 07/15/2009 | ⦿10 | Chapter 13 Trustee's Motion to Dismiss Case. Hearing scheduled for 8/18/2009 at 11:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. (Macco, Michael) (Entered: 07/15/2009) |
| 07/20/2009 | ⦿14 | Case Automatically Dismissed pursuant to 11 U.S.C. Section 521(i)(1) with Notice of Automatic Dismissal Sent to Debtor (jrw) (Entered: 07/23/2009) |
| 07/21/2009 | ⦿11 | Final Notice of Section 521 Deficiencies (jrw) (Entered: 07/21/2009) |
| 07/21/2009 | ⦿12 | Request for Judicial Determination Concerning Dismissal Pursuant to 11 U.S.C. Section 521(i) (RE: related document(s) 11 Final Notice of Section 521 Deficiencies) (jrw) (Entered: 07/21/2009) |
| 07/23/2009 | ⦿13 | Order Directing Clerk's Office to dismiss this case pursuant to 11 U.S.C. Section 521(i). (RE: related document(s) 12 Request for Judicial Determination Re: 521 Documents). Signed on 7/23/2009 (jrw) (Entered: 07/23/2009) |
| 07/23/2009 | ⦿15 | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Service Date 07/23/2009. (Admin.) (Entered: 07/24/2009) |
| 07/25/2009 | ⦿16 | BNC Certificate of Mailing with Notice of Automatic Dismissal of Case Service Date 07/25/2009. (Admin.) (Entered: 07/26/2009) |
| 07/29/2009 | ⦿17 | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Macco, Michael) (Entered: 07/29/2009) |
| 08/14/2009 | ⦿18 | Order to Close Automatically Dismissed Case, Copy to Trustee, US Trustee. Signed on 8/14/2009 (jrw) (Entered: 08/14/2009) |

**DISMISSED, DebtEd, Repeat, PRVDISM, CLOSED**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-09-46865-cec

|                                    |                    |            |
|------------------------------------|--------------------|------------|
| *Assigned to:* Carla E. Craig      | *Date filed:*      | 08/11/2009 |
| Chapter 13                         | *Date terminated:* | 10/08/2009 |
| Voluntary                          | *Debtor dismissed:* | 10/02/2009 |
| Asset                              |                    |            |

*Debtor disposition:*  Dismissed for Other Reason

| *Debtor*                        | represented by **Christopher J Rio**     |
|---------------------------------|------------------------------------------|
| **Pamela Rodgers**              | Law Office of Frank J Rio                |
| 33 Vanderbilt Avenue            | 2011 Flatbush Avenue                     |
| Brooklyn, NY 11205              | Brooklyn, NY 11234                       |
| SSN / ITIN: xxx-xx-3518         | 718-258-2255                             |
|                                 | Fax : 718-258-7058                       |
|                                 | Email: fjrlegal@yahoo.com                |

*Trustee*
**Michael J. Macco**
135 Pinelawn Road
Suite 120 South
Melville, NY 11747
(631) 549-7900

*U.S. Trustee*
**United States Trustee**
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201
(718) 422-4960

| Filing Date | # | Docket Text |
|-------------|---|-------------|
| 08/11/2009 | ◑ 1 | Chapter 13 Voluntary Petition. Fee Amount $274 Filed by Christopher J Rio on behalf of Pamela A Rodgers Government Proof of Claim due by 2/8/2010. (Attachments: # 1 Credit# 2 payment plan# 3 matrix) (Rio, Christopher) (Entered: 08/11/2009) |
|             |   | Receipt of Voluntary Petition (Chapter 13)(1-09-46865) [misc,volp13a] ( 274.00) Filing Fee. Receipt number 5287901. |

| 08/11/2009 | | Fee amount 274.00. (U.S. Treasury) (Entered: 08/11/2009) |
|---|---|---|
| 08/11/2009 | | Meeting of Creditors Chapter 13 & Appointment of Chapter 13 Trustee Michael J. Macco with 341(a) Meeting to be held on 09/14/2009 at 10:15 AM at Room 2579, 271 Cadman Plaza East, Brooklyn, NY . Proof of Claims due by 12/14/2009 . (Entered: 08/11/2009) |
| 08/11/2009 | 2 | Certificate of Credit Counseling for Debtor Filed by Christopher J Rio on behalf of Pamela Rodgers (dkc) (Entered: 08/13/2009) |
| 08/11/2009 | 3 | Deficient Filing Chapter 13 : Mailing Matrix / List of Creditors due by 8/11/2009. Pre-Petition Statement Pursuant to Local Bankruptcy Rule 2017-1 due by 9/14/2009. Section 521 Incomplete Filings due by 9/25/2009. Exhibit D due by 8/26/2009. Disclosure of Compensation Pursuant to FBR 2016(b) due 8/26/2009. Declaration Concerning Debtors schedules due 8/26/2009. Statement of Financial Affairs due 8/26/2009. Chapter 13 Plan due by 8/26/2009. Copies of pay statements received from any employer due by 8/26/2009. Incomplete Filings due by 8/26/2009. (dkc) (Entered: 08/14/2009) |
| 08/13/2009 | | Prior Filings Case Number(s): 09-44663 Dismissed 7/23/2009 (dkc) (Entered: 08/13/2009) |
| 08/14/2009 | 4 | Request for Notice - Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 10/6/2009 at 11:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. Last day to Object to Confirmation 10/6/2009.Objections to 523 due by 11/13/2009. (dkc) (Entered: 08/14/2009) |
| 08/14/2009 | 5 | DOCKETED INCORRECTLY - ATTORNEY ADVISED TO RE-FILE. Motion to Extend Automatic Stay Filed by Christopher J Rio on behalf of Pamela Rodgers. Order to be presented for signature on 8/14/2009. (Rio, Christopher) Modified on 8/25/2009 (dkc). (Entered: 08/14/2009) |
| 08/16/2009 | 6 | BNC Certificate of Mailing - Meeting of Creditors Service Date 08/16/2009. (Admin.) (Entered: 08/17/2009) |
| 08/16/2009 | 7 | BNC Certificate of Mailing with Notice of Electronic Filing Service Date 08/16/2009. (Admin.) (Entered: 08/17/2009) |
| 08/16/2009 | 8 | BNC Certificate of Mailing with Notice of Deficient Filing Service Date 08/16/2009. (Admin.) (Entered: 08/17/2009) |
| | | |

| | | |
|---|---|---|
| 08/17/2009 | 9 | Motion to Extend Automatic Stay Filed by Christopher J Rio on behalf of Pamela Rodgers. Hearing scheduled for 9/3/2009 at 11:30 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. (Rio, Christopher) Modified on 8/19/2009 (dkc). (Entered: 08/17/2009) |
| 08/19/2009 | 10 | Chapter 13 Plan dated August 1, 2009 Filed by Christopher J Rio on behalf of Pamela Rodgers (RE: related document(s) 3 Deficient Filing Chapter 13). (Rio, Christopher) Modified on 8/25/2009 (dkc). (Entered: 08/19/2009) |
| 08/19/2009 | 11 | Exhibit D Re: Credit Counseling Requirement filed for Debtor Filed by Christopher J Rio on behalf of Pamela Rodgers (RE: related document(s) 3 Deficient Filing Chapter 13) (Rio, Christopher) (Entered: 08/19/2009) |
| 08/19/2009 | 12 | Schedule(s), Statement(s) and Affidavit LR1009-1(a) : statement 1073-2b, disclosure of compensation, declaration concerning debtor's schedules, statement of financial affairs, pay stubs Filed by Christopher J Rio on behalf of Pamela Rodgers (Rio, Christopher) Modified on 8/25/2009 (dkc). (Entered: 08/19/2009) |
| 09/01/2009 | 13 | Objection Filed by Mark A Frankel on behalf of Frank and Emideo Tenteromano (RE: related document(s) 9 Motion to Extend Automatic Stay filed by Debtor Pamela Rodgers) (Frankel, Mark) (Entered: 09/01/2009) |
| 09/03/2009 | 14 | Exhibit *Apprasial* Filed by Christopher J Rio on behalf of Pamela Rodgers (Rio, Christopher) (Entered: 09/03/2009) |
| 09/04/2009 | | DOCKETED INCORRECTLY - SEE CORRECTED ENTRY - Hearing Held and Adjourned; Appearance(s) by both sides; Hearing scheduled for 9/4/2009 at 11:30 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. (RE: related document(s) 9 Motion to Extend Automatic Stay filed by Debtor Pamela Rodgers) (tml) Modified on 9/11/2009 (tml). (Entered: 09/04/2009) |
| 09/04/2009 | | Hearing Held; Appearance(s) by both sides; (RE: related document(s) 9 Motion to Extend Automatic Stay filed by Debtor Pamela Rodgers) - DENIED, SO ORDERED BY s/Carla E. Craig. Endorsed on Calendar dated 9/4/09. (This is a text Order, no document is attached). (tml) (Entered: 09/04/2009) |
| 09/14/2009 | | Notice of Continuance of Meeting of Creditors on 10/20/2009 at 11:00 AM at Room 2579, 271 Cadman Plaza East, Brooklyn, NY (Macco, Michael) (Entered: 09/14/2009) |
| | | Chapter 13 Trustee's Motion to Dismiss Case. Hearing scheduled |

| 09/15/2009 | ⊛ 15 | for 10/6/2009 at 11:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. (Macco, Michael) (Entered: 09/15/2009) |
| 09/23/2009 | ⊛ 16 | Motion to Dismiss Case *upon application of debtor.* Filed by Pamela Rodgers. (dkc) (Entered: 09/24/2009) |
| 10/02/2009 | ⊛ 17 | Order Dismissing Chapter 13 Case with Prejudice for a period of 180 days from the date of entry of this order with Notice of Dismissal. Signed on 10/2/2009 (dkc) (Copy mailed to debtor) (Entered: 10/05/2009) |
| 10/07/2009 | ⊛ 18 | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Macco, Michael) (Entered: 10/07/2009) |
| 10/07/2009 | ⊛ 19 | BNC Certificate of Mailing with Notice of Dismissal Service Date 10/07/2009. (Admin.) (Entered: 10/08/2009) |
| 10/08/2009 | ⊛ 20 | Order to Close Dismissed Case, Copy to Trustee, US Trustee. Signed on 10/8/2009 (dkc) (Entered: 10/08/2009) |
| 10/08/2009 | ⊛ | Bankruptcy Case Closed (dkc) (Entered: 10/08/2009) |
| 10/10/2009 | ⊛ 21 | BNC Certificate of Mailing with Order to Close Dismissed Case Service Date 10/10/2009. (Admin.) (Entered: 10/11/2009) |

(516) 343-4315

2

# REFEREE'S DEED IN FORECLOSURE

**THIS DEED** made on 6TH day Aug , 2004, by and between Trevor L.F. Headley, Esq. Referee with an address at 26 Court Street, Brooklyn, NY 11242 duly appointed in the action hereinafter mentioned, Grantor; and **PAMELA RODGERS** with an address 570 Westminister Road Apt B7, Brooklyn, NY 11230, Grantee.

    **WITNESSETH**, that the Grantor, the Referee appointed in an action entitled <u>Cambridge Home Capital LLC v. Michael Tso  et al</u>, commenced in the Supreme Court of the State of New York, County of Kings, bearing Index No.  2003-22121 with regard to a mortgage between Michael Tso and Cambridge Home Capital, LLC. dated April 24, 2002  and recorded on May 30, 2002  in Reel 5646 at Page 1583, and pursuant to a Judgment of Foreclosure and Sale entered at a IAS Part of the Supreme Court of the State of New York, County of Kings, and bearing date March 31, 2004 and entered in the Kings County Clerk on March 31, 2004; and sale dated June 17, 2004 in consideration of $650,000.00 paid by the Grantee, being the highest sum bid at the sale under said Judgment, does hereby grant and convey unto the Grantee:

        **ALL**  that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being at the Borough of Brooklyn, County of Kings, and State of New York, and being more particularly described on Schedule "A" annexed hereto and made a part hereof as though set forth fully hereat.

**TO HAVE AND TO HOLD** the premises granted unto the Grantee, **PAMELA RODGERS**   its successors and assigns forever.





citibank

Citibank, N.A. New York, NY

P.O.#:00202 FA#:020
105-03 Ck. Ser. #  387499928    $10.00 ONL PIC

PAY: ****FOUR THOUSAND DOLLARS****  ******4,000.00****

TO:  ****EMIDEO TENTEROMAND****
THE
ORDER
OF:

MADE BY REMITTER:  PAMELA R. RODGERS
ADDRESS:

Serviced by Integrated Payment Systems Inc. Englewood, Colorado
To Citibank, N.A., Buffalo, NY

OFFICIAL CHECK

DATE 1 1 / 0 8 / 0 4

387499928
10-96
220

AUTHORIZED SIGNATURE

⑈79054⑈ ⑊0 200088⑊: ⑊800 387 499 285⑊

Rec'd personally check 12/6/04

Olga Shapiro / Secty

4

## UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER

15-800 / 000

**SERIAL NUMBER** 07607001486
**YEAR, MONTH, DAY** 2004-12-10
**POST OFFICE** 112032
**U.S. DOLLARS AND CENTS** $1000.00¢

AMOUNT: ONE THOUSAND DOLLARS & 00¢********************

PAY TO EMIDEO TENTEROMANO
ADDRESS

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM PAMELA RODGERS    CLERK 010
ADDRESS 33 VANDERBILT AVE.

C.O.D. NO. OR USED FOR MORTG- PAYMENT FOR DEC. 2004



⑈00000800 2⑈    0760700 1486⑈

---

## UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER

15-800 / 000

**SERIAL NUMBER** 07607001453
**YEAR, MONTH, DAY** 2004-12-10
**POST OFFICE** 112032
**U.S. DOLLARS AND CENTS** $1000.00¢

AMOUNT: ONE THOUSAND DOLLARS & 00¢********************

PAY TO EMIDEO TENTEROMANO
ADDRESS

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM PAMELA RODGERS    CLERK 010
ADDRESS 33 VANDERBILT AVE

C.O.D. NO. OR USED FOR MORTG- PAYMENT FOR DEC. 2004



⑈00000800 2⑈    0760700 1453⑈

---

## UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER

15-800 / 000

**SERIAL NUMBER** 07607001442
**YEAR, MONTH, DAY** 2004-12-10
**POST OFFICE** 112032
**U.S. DOLLARS AND CENTS** $1000.00¢

AMOUNT: ONE THOUSAND DOLLARS & 00¢********************

PAY TO EMIDEO TENTEROMANO
ADDRESS

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM PAMELA RODGERS    CLERK 010
ADDRESS 33 VANDERBILT AVE

C.O.D. NO. OR USED FOR MORTG PAYMENT FOR DEC. 2004

⑈00000800 2⑈    0760700 144 2⑈

UNITED STATES
POSTAL SERVICE

# POSTAL MONEY ORDER

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 07607001475 | 2004-12-10 | 112032 | $1000*00¢ |

AMOUNT: ONE THOUSAND DOLLARS & 00¢***************************

PAY TO _EMIDIO TENTEROMANO_

ADDRESS

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM _PAMELA RODGERS_    CLERK 010

ADDRESS _313 VANDERBILT AVE_

C.O.D. NO. OR
USED FOR _MORTG. PAYMENT FOR
DEC. 2004_

⑆00000800 2⑈    0760700 1475⑈

**SERIAL NUMBER** 0730632165b    **YEAR, MONTH, DAY** 2004-09-29    **POST OFFICE** 112032    **U.S. DOLLARS AND CENTS** $1000 00¢

**AMOUNT:** ONE THOUSAND DOLLARS & 00¢ ***************************

PAY TO **EMIDEO TENTEROMANO**

ADDRESS 315 7th ST.

BROOKLYN, NY 11205

C.O.D. NO. OR USED FOR 33 Vanderbilt Av. (October Payt.)

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM P. Rodgers    CLERK 010

ADDRESS 33 Vanderbilt Av.

Brooklyn, NY 11230

⑈00000800⑈ 0730632165b⑈

---

**UNITED STATES POSTAL SERVICE**   **POSTAL MONEY ORDER**

**SERIAL NUMBER** 0730632160I    **YEAR, MONTH, DAY** 2004-09-29    **POST OFFICE** 112032    **U.S. DOLLARS AND CENTS** $1000 00¢

**AMOUNT:** ONE THOUSAND DOLLARS & 00¢ ***************************

PAY TO **EMIDEO TENTEROMANO**

ADDRESS 315 7th ST.

Brooklyn, NY 11215

C.O.D. NO. OR USED FOR 33 Vanderbilt Ave. (October Payt.)

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM P. Rodgers    CLERK 010

ADDRESS 33 Vanderbilt Ave.

Brooklyn, NY 11205

⑈00000800⑈ 0730632160I⑈

---

**UNITED STATES POSTAL SERVICE**   **POSTAL MONEY ORDER**

**SERIAL NUMBER** 0730632159D    **YEAR, MONTH, DAY** 2004-09-29    **POST OFFICE** 112032    **U.S. DOLLARS AND CENTS** $1000 00¢

**AMOUNT:** ONE THOUSAND DOLLARS & 00¢ ***************************

PAY TO **EMIDEO TENTEROMANO**

ADDRESS 315 7th ST.

Brooklyn, NY 11215

C.O.D. NO. OR USED FOR 33 Vanderbilt Ave. (October Payt.)

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM P. Rodgers    CLERK 010

ADDRESS 33 Vanderbilt Ave.

Brooklyn, NY 11205

⑈00000800⑈ 0730632159D⑈

---

**UNITED STATES POSTAL SERVICE**   **POSTAL MONEY ORDER**

**SERIAL NUMBER** 0730632164S    **YEAR, MONTH, DAY** 2004-09-29    **POST OFFICE** 112032    **U.S. DOLLARS AND CENTS** $1000 00¢

**AMOUNT:** ONE THOUSAND DOLLARS & 00¢ ***************************

PAY TO **EMIDEO TENTEROMANO**

ADDRESS 315 7th ST.

BROOKLYN NY 11215

C.O.D. NO. OR USED FOR 33 Vanderbilt Ave. (October Payt.)

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM P. Rodgers    CLERK 010

ADDRESS 33 Vanderbilt Ave.

Brooklyn, NY 11205

citibank

Citibank, N.A., New York, NY

FC# 00202 FA# 020
109-03 Ck. Ser.#    387498928

PAY    ****FOUR THOUSAND DOLLARS****

$10.00 ONL PJC
*****4,000.00****

OFFICIAL CHECK

38749892B

10-35
220

DATE 1 1 / 0 8 / 0 4

TO
THE
ORDER
OF

****EMIDEO TENTEROMANO****

NAME OF REMITTER
ADDRESS
PAMELA A. RODGERS

BY _____
AUTHORIZED SIGNATURE

Drawer: Citibank, N.A.

Issued by Integrated Payment Systems Inc., Englewood, Colorado
To Citibank, N.A., Buffalo, NY

⑆790542⑆ ⑆0220008881⑆ 2800387498928 5⑆

Rec'd personally check 12/6/04
Olga Vagin/Secty

11/21

**Check 1503**

PAMELA A RODGERS 09-05
570 WESTMINSTER ROAD
APT B7
BROOKLYN, NY 11230

1-2/210 94

1503

DATE 10-5-05

PAY TO THE ORDER OF EMIDEO TENTEROMANO $ 4,000 xx/100

Four Thousand xx/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

MEMO MORTGAGE FOR OCTOBER 05. 33 VANDERBILT

Pamela Rodgers MP

⑈0210000 2⑈:09⑆⑆377⑆59⑆65⑈ 1503

---

**Check 1504**

PAMELA A RODGERS 09-05
570 WESTMINSTER ROAD
APT B7
BROOKLYN, NY 11230

1-2/210 94

1504

DATE 11-6-05

PAY TO THE ORDER OF EMIDEO TENTEROMANO $ 4,000 xx/100

Four Thousand xx/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

MEMO MORTGAGE FOR NOVEMBER 05. 33 VANDERBILT AVE.

Pamela Rodgers MP

⑈0210000 2⑈:09⑆⑆377⑆59⑆65⑈ 1504

**CHASE**

220

Date MAY 13, 2005

JPMorgan Chase Bank
Buffalo, NY 14202

$ 4,000.00

U.S. Dollars

REMITTER

Pay to the
order of     EMIDEO TENTEROMANO

Amount     FOUR THOUSAND DOLLARS AND 00 CENTS

*Stephen P. Hughes*

Authorized Signature

CASHIER'S CHECK

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE • HOLD AT AN ANGLE TO VIEW

⑈000960161⑈ ⑉022000842⑉601600034⑈

JPMorgan Chase Bank
Buffalo, NY 14202

THE FACE OF THIS CHECK HAS A SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF THE WORD VOID IS VISIBLE

**CHASE**

10-84
220

0024702891

REMITTER   569 VANDERBILT A H LLC

Date   MAY 20, 2005

Pay to the
order of   EMIDEO TENTEROMANO

$          8,000.00

Amount   EIGHT THOUSAND DOLLARS AND 00 CENTS

U.S. Dollars

**CASHIER'S CHECK**

Authorized Signature

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

Rec'd 5/20/05

⑫

**JPMorgan Chase Bank**
Buffalo, NY 14202

**CHASE**

10-84
220

0024703021

REMITTER · 569 VANDERBILT A & H LLC

Date  JUNE 08, 2005

Pay to the
order of ___ EMIDEO TENTEROMANO

$          4,000.00

Amount    FOUR THOUSAND DOLLARS AND 00 CENTS

U.S. Dollars

**CASHIER'S CHECK**

Authorized Signature

⑈0024703021⑈ ⑊0220000842⑊ 60180000034⑈

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE · HOLD AT AN ANGLE TO VIEW

6/8/05 — Rec'd check
[signature]

1304

569 VANDERBILT A & H LLC

DATE 8-12-05     1-2/210 181

PAY TO THE ORDER OF _EMIDEO TENTEROMANO_                    $ 4,000 00

_FOUR THOUSAND_ x⁰                                          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Park Avenue
New York, NY 10017

FOR _AUGUST PAYMENT FOR 33 VANDERBILT AVENUE_

⑈001304⑈ ⑆021000021⑈ 18107697965⑈



JPMorgan Chase Bank
Buffalo, NY 14202

CHASE     10-84/220                    0009601849

Date JULY 08, 2005

REMITTER

Pay to the order of  EMIDEO TENTEROMANO          $    4,000.00

Amount   FOUR THOUSAND DOLLARS AND 00 CENTS                U.S. Dollars

**CASHIER'S CHECK**

*Customer Copy*

*Non Negotiable*

Authorized Signature
If not used as intended redeposit to your account. Do not destroy your check.

⑈0009601849⑈ ⑆022000842⑈601600034⑈

Chase

PAY TO THE ORDER OF Enrico Tonkonano

Four Thousand Dollars .00/100 ——— $4,000.00

DATE 9/23/2005

DOLLARS

1-24/210

94

CHASE
JPMorgan Chase Bank, N.A.
Park Avenue
New York, NY 10017

MEMO Soft Payment for 53

Pamela Rodgers

Rec'd original check today 9/23/2005

11:50/am

Olga Ivy/Betty

December Payment

COPY

JPMorgan Chase Bank
Buffalo, NY 14202

CHASE

10-84
220

0009602543

Date DECEMBER 09, 2005

REMITTER

Pay to the
order of   ELVEIDO TIENTERAMANO

$   4,000.00

Amount   FOUR THOUSAND DOLLARS AND 00 CENTS

U.S. Dollars

CASHIER'S CHECK

Authorized Signature

THE FACE OF THIS CHECK HAS A SECURITY VOID BACKGROUND PATTERN - DO NOT CASH IF THE WORD VOID IS VISIBLE

ORIGINAL CHECK HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

⑈000960254.3⑈ ⑆0 2 2000 84.⑆ 60 ⑈6000 34⑈



091-00094-B012-00094-          -051-3-01                          091-1372591-65

CHECK #   1503      $4,000.00 PAID 11/25     CHECK #   1504      $4,000.00 PAID 11/25     CHECK #   1506      $20,500.00 PAID 11/23

CHECK #   1509      $2,424.76 PAID 12/01

View, save and print images of your cleared checks -- front AND back -- FREE at Chase Online SM
Access your check images on the same day they clear and from the past 3 years.
Log on or enroll today at www.chase.com/online

PAY TO THE ORDER OF _EMIDEO TENTGROMANO_

FOUR THOUSANDS _____

FOR _JANUARY 2006 PAYMENT FOR 33_
_VANDERBILT AVE_

DATE _1-5-06_

$ 4,000 XX/100

DOLLARS

CHASE
JPMorgan Chase Bank
444 Fifth Avenue
Brooklyn, NY 11215

87

1-2
210
94

⑆000087⑆ ⑈021000021⑈ 0910522 4 2865⑂

Rec'd 1/10/06

96

DATE 2-6-06

1-2/210 94

PAY TO THE
ORDER OF _EMIDO TENTIEROMANO_

| $ 4,000 05/xx

FOUR THOUSAND — xx

DOLLARS

**CHASE** JPMorgan Chase Bank
444 Fifth Avenue
Brooklyn, NY 11215

Security Features
included.
Details on Back

FOR _PAYMENT FOR FEB. 06  33 VANDERBILT AVE._
_BKLYN, NY._

MP

⑈"000096"⑈  ⑈:021000021⑈:09105224286⑈

2/9/06 — Original Received

ABDEL SATTI

CHASE
JPMorgan Chase Bank
270 Park Avenue
New York City, NY 10017

09401991

1-2
210

PAY TO THE
ORDER OF _EMIDEO TENTEROMANO_

DATE 3 - 6 - 06

$ 4,000.00

_four Thousand_ 00 DOLLARS

MEMO MORT. FOR 33 VANDERBILT AVE.
MARCH 6 PAYMENT.

Abdel Satti Sign

⑆09401991⑆ ⑈021000021⑈ 4205472885⑈

43

3/10/06 — Per check alone

Cahorgancedu

33 VANDERBILT A P INC.

02803692

1-2
210

PAY TO THE
ORDER OF _____ EMIDEO TENTROMANO _____ | $4,000 $\frac{00}{100}$

FOUR THOUSAND $\frac{00}{100}$ _____ DOLLARS

◯ CHASE

**JPMorgan Chase Bank**
270 Park Avenue
New York City, NY 10017

DATE 4-6-06

MEMO MODEL PAYMENT APRIL 06

FOR 33 VANDERBILT AVENUE

Robert Kalman ___

⑆02803692⑆ ⑇021000021⑇ 0910522428855⑈    4 3

4/7/06 - renewal

ABDEL SATTI

02803845

PAY TO THE
ORDER OF _Emideo Jenteromano_

$ 4,000.00

DATE 5-6-06

1-2
210

Four Thousand x✗

DOLLARS



CHASE
JPMorgan Chase Bank
270 Park Avenue
New York City, NY 10017

Abdel Rahim Sun

MEMO PAYMENT FOR MAY 06
33 VANDERBILT AVE

⑈02803845⑈ ⑆021000021⑆ 7905224885⑈

43

need 5/8/06

[signature]

**33 VANDERBILT A&P INC.**

1025

PAY
TO THE
ORDER OF _Emidea) Tenterdmand_

DATE _6/5/06_

1-2/210

_Four Thousand Dollars and_ _____ 00/100 _____ **DOLLARS**

$ *4,000.00*

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

FOR _Mortgage for June 2006 for_

_Pamela Rodgers_

33 Vanderbilt
ave.

⑈001025⑈ ⑆021000021⑆ 09105224 2865⑈

MP

# CHASE

New York

**Customer Copy**

070591353

07/07/2006

Pay To The
Order Of

Emeido Tenteromano

**Remitter** Pamela Rodgers

$ ***********4,000.00 ***

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

---

# CHASE

New York

**OFFICIAL CHECK**

Pay: FOUR THOUSAND DOLLARS AND 00 CENTS

Pay To The
Order Of

Emeido Tenteromano

**Remitter** Pamela Rodgers

070591353

Date 07/07/2006

23-97
1020

$ **********4,000.00 ***

Drawer: JPMORGAN CHASE BANK, N.A.

First Vice President
Issued by Integrated Payment Systems Inc., Englewood, Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado

49816624840 Rev.1 3/05 M 6B906-M / B7926-H

⑈700 L00⑈' ⑈:L0 2000 q 7 q⑈: ⑈5000 705 q L 3 5 3 q⑈'

# CHASE 

New York

FOR YOUR PROTECTION SAVE THIS COPY
**OFFICIAL CHECK**

**Customer Copy**

070591466

08/07/2006

Remitter  PAMELA RODGERS

**Pay To The Order Of**  EMEIDO TENTEROMANO

$ **********4,000.00  ***

Drawer:  JPMORGAN CHASE BANK, N.A.
<u>NON NEGOTIABLE</u>

*Aug -Payment 2006*

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

## POSTAL MONEY ORDER

**UNITED STATES POSTAL SERVICE**

15-800 / 000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 07611048988 | 2005-03-10 | 112251 | $1000.00¢ |

AMOUNT **ONE THOUSAND DOLLARS & 00¢*************************

PAY TO *EMIDEO TENTEROMANO*

ADDRESS

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM *PAMELA RODGERS*   CLERK 004

ADDRESS *33 VANDERBILT AVE BKLYN NJ*

C.O.D. NO. OR USED FOR *PAYMENT FOR 33 VANDERBILT 3/5*

:000000800 2:   07611048988



---

## POSTAL MONEY ORDER

**UNITED STATES POSTAL SERVICE**

15-800 / 000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 07611585805 | 2005-03-11 | 112301 | $1000.00¢ |

AMOUNT **ONE THOUSAND DOLLARS & 00¢*************************

PAY TO *EMIDEO TENTEROMANO*

ADDRESS

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM *PAMELA RODGERS*   CLERK 018

ADDRESS *33 VANDERBILT AVE*

C.O.D. NO. OR USED FOR *PAYMENT FOR 33 VANDERBILT AVE 3/5*

:000000800 2:   07611585805

---

## POSTAL MONEY ORDER

**UNITED STATES POSTAL SERVICE**

15-800 / 000

| SERIAL NUMBER | YEAR, MONTH, DAY | POST OFFICE | U.S. DOLLARS AND CENTS |
|---|---|---|---|
| 07611585816 | 2005-03-11 | 112301 | $1000.00¢ |

AMOUNT **ONE THOUSAND DOLLARS & 00¢*************************

PAY TO *EMIDEO TENTEROMANO*

ADDRESS

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM *PAMELA RODGERS*   CLERK 018

ADDRESS *33 VANDERBILT AVE*

C.O.D. NO. OR USED FOR *PAYMENT FOR 33 VANDERBILT AVE BKLYN, NJ 3/5*

:000000800 2:   07611585816

---

*Rec'd Money Orders today 3-11-2005*

*ref: Tenteromano/mtge*

## UNITED STATES POSTAL SERVICE®

# POSTAL MONEY ORDER

15-800 / 000

**SERIAL NUMBER** 07608153565

**YEAR, MONTH, DAY** 2005-02-08

**POST OFFICE** 112181

**U.S. DOLLARS AND CENTS** $1000 00¢

ONE THOUSAND DOLLARS & 00¢***********************

**AMOUNT**

PAY TO EMIDEO TENTEROMAN

ADDRESS

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM PAMELA RODGERS

**CLERK** 012

ADDRESS 33 VANDERBILT AVE

O.D NO. OR USED FOR MORTG · FOR 2·05
33 VANDERBILT AVE

⑃000000800⑃ 07608⑃53565⑃

---

## UNITED STATES POSTAL SERVICE®

# POSTAL MONEY ORDER

15-800 / 000

**SERIAL NUMBER** 07608153576

**YEAR, MONTH, DAY** 2005-02-08

**POST OFFICE** 112181

**U.S. DOLLARS AND CENTS** $1000 00¢

ONE THOUSAND DOLLARS & 00¢***********************

**AMOUNT**

PAY TO EMIDEO TENTEROMAN

ADDRESS

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM PAMELA RODGERS

**CLERK** 012

ADDRESS 33 VISNDERBILT AVE

O.D. NO. OR USED FOR MORTG· FOR FEB·05
33 VANDERBILT AVE

⑃000000800⑃ 07608⑃53576⑃

---

## UNITED STATES POSTAL SERVICE®

# POSTAL MONEY ORDER

15-800 / 000

**SERIAL NUMBER** 07608423071

**YEAR, MONTH, DAY** 2005-02-08

**POST OFFICE** 112041

**U.S. DOLLARS AND CENTS** $1000 00¢

ONE THOUSAND DOLLARS & 00¢***********************

**AMOUNT**

PAY TO EMIDEO TENTEROMAN

ADDRESS

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM PAMELA RODGERS

**CLERK** 022

ADDRESS 33 VANDERBILT AVE

O.D. NO. OR USED FOR MORTG· FOR FEB·05
33 VANDERBILT AVE

⑃000000800⑃ 07608⑃23071⑃



# UNITED STATES POSTAL SERVICE® — POSTAL MONEY ORDER

15-800
000

SERIAL NUMBER: 07611048990
YEAR, MONTH, DAY: 2005-03-10
POST OFFICE: 112261
U.S. DOLLARS AND CENTS: $1000.00¢

AMOUNT: ONE THOUSAND DOLLARS & 00¢************************

EMIDEO TENTEROMANO

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM: PAMELA RODGERS
ADDRESS: 33 VANDERBILT AVE.
EXUR NJ

MORTG FOR MARCCH/05
33 VANDERBILT AVE.

:000000800 2: 07611048990



# UNITED STATES POSTAL SERVICE® — POSTAL MONEY ORDER

15-800
000

SERIAL NUMBER: 07608423060
YEAR, MONTH, DAY: 2005-02-08
POST OFFICE: 112041
U.S. DOLLARS AND CENTS: $1000.00¢

AMOUNT: ONE THOUSAND DOLLARS & 00¢************************

EMIDEO TENTEROMANO

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

PAMELA RODGERS
33 VANDERBILT AVE

MORTG FOR FEB. 05
33 VANDERBILT AVE

:000000800 2: 07608423060

2-10-2005 Rec'd above M/O

Olga (Secty)

# WALL STREET MORTGAGE BANKERS, LTD.

1111 MARCUS AVENUE, 3RD FLOOR
LAKE SUCCESS, NY 11042
TEL 516-355-4500
FAX 516-326-1248

April 27, 2006
LOAN #: 306555

## PREVAILING RATE COMMITMENT

Dear Borrower:

We are pleased to advise you that your application for a loan to be secured by a first mortgage on the premises listed below has been approved on the following terms and conditions:

## BORROWER, PROPERTY AND LOAN INFORMATION

1. The identity of the entity making the commitment is **Wall Street Mortgage Bankers, Ltd.**

2. The name of the borrower is **Pamela Rodgers**.

3. The identification of the property securing the loan is **33 Vanderbilt Avenue, Brooklyn, NY 11204**.

4. The principal amount of the loan is **$600,000.00** for a term of **30 years**.

5. A balloon payment will not be required.

6. This is an adjustable rate loan.
   (a) The initial rate will remain in effect for the first **60 months** and may change once every **12 payments** beginning with payment number **61**.
   (b) The change cap for the 1st adjustment (up or down) is **6.000%**.
   (c) The change cap for the remaining adjustments (up or down) is **2.000%**.
   (d) The lifetime interest rate cap is **6.000%** over the initial interest rate and will never be less than **margin** over the term of the loan.
   (e) The index to be used is **12 Mo CMT Index.**
   (f) The margin to be used is **3.250%**.

7. Private Mortgage Insurance (P.M.I.) will **not** be required.

8. Flood insurance may be required if the property is in a flood zone.

9. Negative amortization will not apply to this loan.

10. There is not a prepayment penalty.

11. Funds are to be escrowed for taxes and insurance. You will be required to make monthly payments into an escrow account for property taxes, assessments, hazard insurance, private mortgage insurance (if applicable) and flood insurance (if applicable). A sufficient amount will be required to be paid at closing so that the full amount of each escrowed item, when added to the monthly payments remaining before each escrowed item becomes due and payable, will be on deposit in the escrow account one month before the due date of each escrowed item. The lender will analyze tax escrow accounts on a yearly basis, at which time you will receive a statement reflecting adjustments for overages and shortages. It is the lender's policy that the borrower shall prepay at closing to the title closer, or other title insurance company representatives, any taxes due within sixty (60) calendar days of closing.

12. including points or other discounts and origination fees is $n/a. Our commitment fee is NON-REFUNDABLE unless the property appraisal report is not favorable or the applicant is rejected as not creditworthy after providing complete and correct credit information. In either of these events, the commitment fee is refundable in full.

13. The total number of points to be accepted directly or indirectly by or on behalf of the lender at or prior to closing is **1.00** point, which is **$6,000.00**.

As compensation for its services, your Mortgage Broker will be paid as checked below:

**N/A**   We will pay your mortgage broker a fee of **N/A%** of the loan amount or **$N/A**. The compensation your mortgage broker will receive from us for its services is included in the rate, points, fees and terms of the loan as quoted by us in this commitment. The maximum points paid, including any premium pricing payable by us to your mortgage broker shall not exceed **$N/A (N/A)** points. The basis for the premium pricing payment, if any, is _____**N/A**_____.

**X**   You will pay to your mortgage broker, upon your signed acceptance of this commitment _____ or at closing _____, a fee of **1.00%** of the loan amount or **$6,000.00.**

## RELEVANT TIME FRAMES

15. The time during which this commitment is irrevocable and may be accepted by the applicant is no less than seven calendar days from the date of this commitment or the date of its mailing, whichever is later, and expires on <u>May 4, 2006.</u>

16. The expiration date of this commitment is <u>May 30, 2006</u>. If this loan does not close by the expiration date indicated, extensions may be granted upon the approval of <u>Wall Street Mortgage, Inc.</u> at prevailing market rates for this type of loan.

## COMMITMENT CONDITIONS

17. <u>IF YOU SIGN THIS COMMITMENT AND YOU DO NOT CLOSE THIS LOAN IN ACCORDANCE WITH THE DESCRIBED TERMS, YOU MAY LOSE SOME OR ALL OF THE FEES OR CHARGES YOU HAVE PAID.</u>

18. This commitment is subject to the following additional conditions:

Hazard insurance with Dwelling Coverage equal to the loan amount or a **lesser dollar amount with Guaranteed Replacement Cost Coverage on the Dwelling** will be required as a condition of our granting this loan. We cannot require you to obtain or maintain a hazard insurance policy in excess of the replacement cost of the improvements on the property securing the loan.

Four days prior to scheduling a closing, please furnish us with an original hazard insurance policy with extended coverage issued by a company having a rating of "A" or better by Bests covering the subject property, naming:

**Wall Street Mortgage Bankers, Ltd. D/B/A Power Express**
**its successors and/or assigns,**
**as their interests may appear,**
**1111 Marcus Avenue, 3rd Floor**
**Lake Success, NY 11042**

as first mortgagee, together with a paid receipt for the first annual premium. When required, a prepaid flood insurance policy is needed. **Please include Agents Name, Address and Phone # on Certificate.**

In lieu of an original hazard insurance policy, we will accept a binder issued by an insurer or a duly authorized representative of an insurer, licensed to do business in this State, together with a receipt indicating that the annual premium on the insurance policy has been paid.

**A SATISFACTORY TERMITE INSPECTION CERTIFICATE MUST BE PRESENTED AT CLOSING.**

This commitment is conditioned on the borrowers occupying the subject premises as their primary residence.

This commitment may be withdrawn or revoked at any time for any of the following reasons:

(a) Examination reveals an unmarketable or defective title;
(b) There is a change in the facts stated in the mortgage application, the documents in support thereof or the credit report;
(c) There is a change in the valuation or character of the subject premises.
(d) Any material representations made in your loan application are incorrect.
(e) If a Lis Pendens has been filed against the subject property.

Prior to scheduling a closing, you must furnish us with a title report and a policy of title insurance with the beneficiary named as in the hazard insurance policy, as aforesaid, a survey guaranteed to the lender or a title company completed by a surveyor licensed in the state in which the property is located, showing all completed improvements on the property, a certificate of occupancy for all existing structures and improvements (temporary C.O.'s are not acceptable) and other related searches or you may authorize us to obtain these materials for you at your expense. The attorney for the lender must approve the title for the property.

**Updated Application:** At closing, all borrowers are required to sign a new mortgage loan application reflecting updated credit, employment and income information.

**Additional Documentation:** You agree to provide the bank with any additional financial documentation that the Bank may request.

**Reverification:** At closing, all borrowers are required to sign a "Reverification Authorization" form permitting the Bank, its successors and/or assigns, to reverify information contained in the loan application package.

**Financial Transactions of Borrower:** The Lender reserves the right to cancel this commitment if the Lender becomes aware of any information which would suggest that (i) the borrower has, or may have, violated or will, or may, violate any federal or state law including, but not limited to, violation involving the reporting requirements for currency and monetary instruments transactions, the structuring of currency transactions and money laundering or (ii) the borrower's assets or the property which will secure this loan may become subject to forfeiture under any federal or state law.

**Commitment to Survive Closing:** This commitment shall not expire or terminate merely because the loan has closed, but its terms and conditions shall survive the closing and continue to be enforceable.

19. **This commitment is also subject to the following special conditions:**

You must sign the note, mortgage and any other loan document prepared by the lender's attorney for this loan to comply with applicable regulations and render the loan saleable in the secondary market. This provision will survive the closing of the loan contemplated herein. If you wish to see copies of these documents before closing, contact the lender's attorney.

You must pay all closing costs, including the legal and title expenses in connection with this loan. These include recording fees and taxes, charges for additional endorsements to the Final Title Policy, lender attorneys fees, and search and title charges not paid by others. In no event will the Lender be responsible for any closing costs.

**Interest Due at Closing:** If your loan does not close on the first day of the month, you will pay to the Bank at closing interest from the date of closing to the end of that month.

Any fees which are payable to the lender or its attorney and which are remitted at closing are to be in the form of a bank or certified check.

The lender may refuse to close the loan if you borrow any money other

premises.
(d) Any material representations made in your loan application are incorrect.
(e) If a Lis Pendens has been filed against the subject property.

Prior to scheduling a closing, you must furnish us with a title report and a policy of title insurance with the beneficiary named as in the hazard insurance policy, as aforesaid, a survey guaranteed to the lender or a title company completed by a surveyor licensed in the state in which the property is located, showing all completed improvements on the property, a certificate of occupancy for all existing structures and improvements (temporary C.O.'s are not acceptable) and other related searches or you may authorize us to obtain these materials for you at your expense. The attorney for the lender must approve the title for the property.

**Updated Application:** At closing, all borrowers are required to sign a new mortgage loan application reflecting updated credit, employment and income information.

**Additional Documentation:** You agree to provide the bank with any additional financial documentation that the Bank may request.

**Reverification:** At closing, all borrowers are required to sign a "Reverification Authorization" form permitting the Bank, its successors and/or assigns, to reverify information contained in the loan application package.

**Financial Transactions of Borrower:** The Lender reserves the right to cancel this commitment if the Lender becomes aware of any information which would suggest that (i) the borrower has, or may have, violated or will, or may, violate any federal or state law including, but not limited to, violation involving the reporting requirements for currency and monetary instruments transactions, the structuring of currency transactions and money laundering or (ii) the borrower's assets or the property which will secure this loan may become subject to forfeiture under any federal or state law.

**Commitment to Survive Closing:** This commitment shall not expire or terminate merely because the loan has closed, but its terms and conditions shall survive the closing and continue to be enforceable.

19. **This commitment is also subject to the following special conditions:**

You must sign the note, mortgage and any other loan document prepared by the lender's attorney for this loan to comply with applicable regulations and render the loan saleable in the secondary market. This provision will survive the closing of the loan contemplated herein. If you wish to see copies of these documents before closing, contact the lender's attorney.

You must pay all closing costs, including the legal and title expenses in connection with this loan. These include recording fees and taxes, charges for additional endorsements to the Final Title Policy, lender attorneys fees, and search and title charges not paid by others. In no event will the Lender be responsible for any closing costs.

**Interest Due at Closing:** If your loan does not close on the first day of the month, you will pay to the Bank at closing interest from the date of closing to the end of that month.

Any fees which are payable to the lender or its attorney and which are remitted at closing are to be in the form of a bank or certified check.

The lender may refuse to close the loan if you borrow any money other than this loan for the purpose of buying the property.

If you are purchasing the property, any change in the contract price which results in a purchase price lower than that shown on your mortgage application must be communicated to us prior to loan closing and may result in a decrease in the amount of the mortgage loan that we will make to you.

It is required that an affidavit from the seller be provided to the lender indicating that an operable single station smoke detecting device has been installed prior to sale or transfer of the property.

You must pay at closing a flood certification fee of $12.00.

## CLOSING INFORMATION

20.  To arrange for your closing, please contact our attorney:

**THE LAW OFFICES OF PETER DEMEO**
**1111 Marcus Avenue, 3rd Floor**
**Lake Success, NY 11042**
**Tel. # (516) 355-4500     Fax # (516) 355-4699**

If this is a Consolidation, Extension and Modification Agreement transaction, a fee will be charged by the lender's attorney.

21.  Please furnish us with the name, address and telephone number of your attorney:

22.  **Please sign, date and return one copy of this commitment on or before May 4, 2006.  This commitment shall become null and void unless accepted and received by us on or before May 4, 2006.**

23.  This commitment constitutes a contract between us when accepted by you and it is to be interpreted according to the laws of the State of New York.

**THIS COMMITMENT IS SUBJECT TO THE FOLLOWING CONDITIONS PRIOR TO CLOSING AND ALL CONDITIONS TO BE ACCEPTABLE TO THE UNDERWRITER:**

1.  File is subject to Quality Control Review prior to closing.

2.  **Owner must be in Title for one year, if Owner is not, the Commitment may be rescinded.**

3.  Satisfactory receipt and review of full **original** Appraisal Report, acceptable to lender, on **subject property**, valued at $1,200,000.00. (Underwriter to clear)

4.  Provide 24 month mortgage payment history from Mortgage Holder for mortgage on subject evidencing timely payments along with the mortgage payoff. (Underwriter to clear)

5.  Borrower to sign and date the amended Good Faith Estimate and Truth in Lending Disclosure dated 4/27/06, along with the Servicing Disclosure.

6.  Provide the underlined current fully executed lease on 8110 Avenue L evidencing a monthly rental of $1,950.00.

7.  Provide the underlined current fully executed lease on subject evidencing a monthly rental of $5,500.00.

**AT FUNDING CONDITIONS (AS OF THIS DATE) – THIS SECTION IS SUBJECT TO ADDITIONS:**

8.  Any/All liens on the subject property to be satisfied at closing including: Private Mortgage - $400,000.00.

9.  Deed to the subject property to be in the name of Pamela Rodgers only at closing.

closing.

10. Final typed application, Good Faith Estimate, Truth in Lending Disclosure, ARM Disclosure, and Flood Certification to be signed at closing.


**"YOUR INTEREST RATE WILL BE DETERMINED 3 DAYS PRIOR TO THE CLOSING DATE"**

All parties connected with this transaction must be present at the time of closing and Photographic Identification will be required of all applicants at the closing.

IF YOU RESIDE OVER 50 MILES FROM OUR OFFICE, YOU MAY CALL US AT: (800) 591-BANK.

Very truly yours,

Wall Street Mortgage Bankers, Ltd.

Stephanie Murphy
Underwriter

In accepting this commitment by signing below, you acknowledge that you have read this entire agreement and fully understand it and that it may not be changed orally.

**APPLICANT:**

Pamela Rodgers

Date: 4-30-06

At the JHO, Part of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, at Civic Center, Brooklyn, New York, on the 5th day of March, 2007

PRESENT:

HON. MAXINE L. ARCHER
Court Attorney Referee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EMIDEO TENTEROMANO and
FRANK TENTEROMANO,

Plaintiff(s),

- against -

Index No.

PAMELA RODGERS, N. Y. C. ENVIRONMENTAL
CONTROL BOARD, NEW YORK CITY PARKING
VIOLATIONS BUREAU, "John Doe 1 to John Doe 25"
said names being fictitious, the persons or parties
intended being the persons, parties, corporations or
entities, if any, having or claiming an interest in or lien
upon the mortgage premises described in the complaint,

Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

This matter was commenced by way of Order to Show Cause seeking authorization

and empowering the Plaintiffs to enter

upon and take possession of the mortgaged premises, 33 Vanderbilt Avenue,

Brooklyn New York, County of Kings City and State of New York, Block: 1872, Lot:

9, for the purposes of securing the premises against the elements, vandalism and

other hazards which may imperil the property and to winterize or otherwise preserve

and protect the mortgaged premises.

6

After hearing the testimony of both the Plaintiff, the Defendant and her husband the court adjourned the case to March 5, 2007 to inspect the premises. Both sides with their attorney were to be there except the Plaintiff did not want to pay his attorney's fee and chose to come by himself. The court then instructed the Plaintiff not to come unless accompanied by counsel and did inspect the premises said date.

The court found that the defendants have done a lot of work inside and outside the premises included but not limited to new windows throughout, new kitchen and appliances, new plumbing and bathroom fixtures with running water. That the house had electricity, some heat and that there was no falling bricks or plaster. That the windows were installed securely with locking devises and all door had locks and were otherwise closed and secured.

The court has found that the plaintiff's concerns are unfounded and hereby denies him authorization to enter the premises Known as 33 Vanderbilt Ave, Brooklyn

New York.    The court was advised that on the morning of the inspection date that

the defendants had scheduled a refinance closing and were prepared to pay off the

plaintiff's mortgage however the plaintiff fail to present a payoff letter and the closing

could not take place.    That a new date would be scheduled upon receipt of the

payoff figures in writing.

E N T E R

*Maxine Slaucher*

# THE RICE LAW FIRM, PLLC

Attorneys at Law
The Sullivan Gardner Suite
475 Park Avenue South
New York, N.Y. 10016
Tel  (212) 206-0444
Fax  646 356 6940*

*This firm does not consent to service by fax.

May 12, 2009

Ms. Pamela Rodgers
33 Vanderbilt Ave.
Brooklyn, NY 11205

Re:  Tenteromano v Rodgers etc

Dear Ms. Rodgers:

Please be advised my clients reject the offer in your letter dated April 22, 2009.

Very truly yours,

Dan M. Rice

April 22, 2009

Pamela Rodgers
33 Vanderbilt St.
Brooklyn, NY 11205

The Rice Law Firm, PLLC
Attorneys for Plaintiffs
The Sullivan Gardner Suite
475 Park Avenue South 33rd Fl.
New York, NY 10016

Dear Attorneys,

This letter is written as a proposal to the attorney(s) of Mr. Tenteromano and the parties of Ms. Rodgers concerning the mortgage for the property located at 33 Vanderbilt Ave., Brooklyn, NY 11205.

We would like to propose the following; we will pay $150,000.00 as an initial payment and thereafter make payments of $4,000.00 a month for 6 months. After 6 months the balance of the mortgage will be paid in full.

Sincerely,

Ms. Rodgers